# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : CRIMINAL NO. 11-30112-DRH |
| ANTHONY J. FINCHEN, IV, | : |
| DEFENDANT. | : |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On February 6, 2012, this Court entered an order for forfeiture against defendant Anthony J. Finchen, IV, for the following property which had been seized from the defendant:

**One J. Stevens Arms Co., Springfield Model 87A, .22 long rifle, bearing no serial number;**

**One Witt Hardware Co., unknown Model, 12 gauge breakaction, single shot shotgun, bearing serial number D7561; and**

**Any and all ammunition contained within or seized with the above firearms.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning July 25, 2012, and ending August 23, 2012, and that no third party filed a petition

within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on February 6, 2012, namely:

> **One J. Stevens Arms Co., Springfield Model 87A, .22 long rifle, bearing no serial number;**
>
> **One Witt Hardware Co., unknown Model, 12 gauge breakaction, single shot shotgun, bearing serial number D7561; and**
>
> **Any and all ammunition contained within or seized with the above firearms.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the United States Marshal or the Bureau of Alcohol, Tobacco, Firearms and Explosives.

**DATE: December 14, 2012**

Digitally signed by David R. Herndon
Date: 2012.12.14 15:45:51 -06'00'

**IT IS SO ORDERED.**

**Chief Judge**
**United States District Court**